IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL STEWART,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>     Plaintiffs,<br><br>  v.<br><br>J. NANOUH, a corporation, d/b/a EXETER<br>FAMILY RESTAURANT; and<br>MICHAEL J. NANOUH, individually, and as a<br>manager and corporate officer of the<br>aforementioned corporation,<br><br>     Defendants. | CIVIL ACTION<br>NO. 17-1458 |

## ORDER

**AND NOW**, this 1st day of March, 2021, upon consideration of the evidence presented during the bench trial in this matter and the parties' post trial briefs, it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, that:

(1) **JUDGEMENT** is entered in favor of Plaintiff and against the Defendants, jointly and severally, in the amount of $250,692.08 for willful violations of the Fair Labor Standards Act requirements of back wages, overtime wages, uniform payments, record keeping, and liquidated damages, 29 U.S.C. §§ 206(a), 207(a)(1), 211(c) and 216;

(2) **JUDGMENT** is entered in favor of Plaintiff, pursuant to 29 U.S.C. § 217, the Defendants are hereby ordered to refrain from any future violation of the Fair Labor Standards Act; and

(3) The **JUDGMENT** of $250,692.08 is awarded in favor of the Plaintiff for the following individuals in the following amounts:

1. Brenda Alena: $26,181.46;
2. Nichole Canzaman: $71.50;
3. Alicia Clark: $71.50;
4. Ivan Garcia-Lopez: $20,269.02;
5. Amanda Graul: $19,759.42;
6. Kristina Grim: $71.50;
7. Ashley Hines: $25,728.34;
8. Margaret Kazimierowicz: $71.50;
9. Mary Jo McCord: $71.50;
10. Rebecca Minicozzi: $43,341.68;
11. Ella Polonski: $1,082.12;
12. Sophia Polonski: $71.50;
13. Kelly Robinson: $71.50;
14. Tiedra Schittler: $2,731.94;
15. Vanessa Schlegel: $71.50;
16. Ashley Smith: $71.50;
17. Brenda Smith: $2,359.26;
18. Virginia Spatz: $71.50;
19. Kimberly Terra: $38,715.82;
20. Bianca Trump: $71.50;
21. Sandra Wilson: $69,593.52;
22. Ericka Winslow: $71.50;
23. Janel Yost: $71.50.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.